# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:

SHELLY JONES and WARREN GREGORY JONES,

                          Debtors.

-----------------------------------------------------------------X

SHELLY JONES and WARREN GREGORY JONES,

                          Appellants,                      23 **CIVIL** 4828 (CS)

           -against-                              **JUDGMENT**

PENNYMAC LOAN SERVICES, LLC,

                          Appellee.

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 6, 2024, the Bankruptcy Court's Order is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
          August 6, 2024

                                                **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                           **BY:**       *K. Mango*

                                                **Deputy Clerk**